**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  August 22, 2012

Mr. William L. Mundy
422 9th St., Suite 300
Huntington, WV 15701

Mr. Joseph W. Pappalardo
Mr. Timothy P. Roth
Gallagher Sharp
1501 Euclid Avenue
Sixth Floor
Cleveland, OH 44115

Mr. Brian S. Sullivan
Dinsmore & Shohl
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

Mr. Daniel T. Yon
Bailes, Craig & Tou
401 Tenth Street, Suite 500
Huntington, WV 25701

> Re:    Case No. 12-4011, *Ashley Washburn v. Lawrence County Board of*
> *Commissioners, et al.*
> Originating Case No. : 1:10-cv-00464

Dear Counsel:

This appeal has been docketed as case number **12-4011** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  The filing fee must also be paid to the district court immediately if it was not paid when the notice of appeal was filed.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and

registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 5, 2012**.

Appellant:    Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Transcript Order
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 12-4011**

ASHLEY WASHBURN

       Plaintiff - Appellant

v.

LAWRENCE COUNTY BOARD OF COMMISSIONERS; and
ATTITUDE AVIATION, INC.

       Defendants - Appellees